# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY J. BRYANT, and THE REAL MOONEY GROVE PROJECT INC.,<br><br>Plaintiffs,<br><br>v.<br><br>TULARE COUNTY, et al.,<br><br>Defendants.<br>_____/ | Case No. 1:16-cv-1542-LJO-SKO<br><br>ORDER REQUIRING PLAINTIFF TO SUBMIT LONG FORM APPLICATION TO PROCEED IN FORMA PAUPERIS<br><br>(Doc. 2)<br><br>TWENTY DAY DEADLINE |

Plaintiff Mary Bryant, proceeding *pro se*, filed this action on October 13, 2016.[1] (Doc. 1.) Along with her complaint, Plaintiff filed an application to proceed in this action without prepayment of fees. (Doc. 2.) Upon review of the application, Plaintiff has not answered all the questions set forth asking whether she has received funds from specific sources in the past twelve months. Plaintiff did not check "yes" or "no" for whether she receives income from "[r]ent payments, interest, or dividends." The Court notes that it appears that Plaintiff is indicating that she receives $600 a month in rent, but it is unclear from Plaintiff's form. Therefore, the Court is

---

[1] Plaintiff's caption also names "The Real Mooney Grove Project, Inc." (Doc. 1, p. 1.) Plaintiff is advised, however, that corporations "may appear in the federal courts only through licensed counsel." *Rowland v. California Men's Colony*, 506 U.S. 194, 202 (1993); *United States v. High Country Broadcasting Co., Inc.*, 3 F.3d 1244, 1245 (9th Cir. 1993); *see also Osborn v. President of Bank of United States*, 9 Wheat. 738, 829, 6 L. Ed. 204 (1824); *Turner v. American Bar Ass'n*, 407 F. Supp. 451, 476 (N.D. Tex. 1975) (citing the "long line of cases" from 1824 to the present holding that a corporation may only be represented by licensed counsel). All artificial entities must appear in federal court through counsel. *Rowland*, 506 U.S. at 202. Additionally, this Court's Local Rule 183(a) provides: "A corporation or other entity may appear only by an attorney."

1 unable to determine if Plaintiff is entitled to proceed without prepayment of fees in this action.

2       Accordingly, the Court will order Plaintiff to complete and file an Application to Proceed
3 in District Court Without Prepaying Fees or Costs (Long Form) – AO 239.  If Plaintiff is
4 unwilling to complete and submit the long form application, Plaintiff must pay the filing fee in
5 full.

6       Based upon the foregoing, IT IS HEREBY ORDERED that:

    1. The Clerk of the Court is directed to forward an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239 to Plaintiff;

    2. Within twenty (20) days of the date of this order, Plaintiff shall either (1) pay the $400.00 filing fee for this action, or (2) complete and file the enclosed Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239; and

    3. If Plaintiff fails to comply with this order, the Court shall recommend that this action be dismissed.

IT IS SO ORDERED.

Dated: **November 4, 2016**                    /s/ *Sheila K. Oberto*
                                                            UNITED STATES MAGISTRATE JUDGE