1    MARY J. BRYANT

2    4620 W. TULARE AVE

3    VISALIA, CA. 93277

FILED

JAN 03 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
                    DEPUTY CLERK

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

11   ,MARY J. BRYANT                    No. 1: 2016-CV- 01542

12          Plaintiff,                  Amended Complaint
                                        Rico Act- Corrupt organization
13          v.                          18 U.S.C.A. ss 1961, 1341, 1343,
         Tulare County                  1512, 1513  1962 (d,b,c, b)
14                        Et Al         mail fraud, wire fraud,
15          Defendant.                  tampering - informant
                                        retaliation - informant
16   _____
17   Plaintiff                         1957- monetary transactions
18   Mary J. Bryant                          in property derived
19   4620 W. Tulare Ave                      from unlawful
20   Visalia Ca 93277                         activity
                                        1962(a) Invest income
21                                          (b) Conduct pattern to
22                                              acquire or maintain
                                                interest or control
23   RECEIVED                              (c) conduct enterprise
24   JAN 03 2017                             affairs thru racketeering
                                            (D) conspiracy to violate
25   CLERK, U.S. DISTRICT COURT
     EASTERN DISTRICT OF CALIFORNIA
26   BY_____
                    DEPUTY CLERK
27

28

(1)

Defendants

1. Tulare County
2. Government Plaza
3. 5961 S. Mooney Blvd
4. Visalia, Ca 93277

5.
6. Phil Cox
7. Board of Supervisors
8. 2800 W. Burrell Ave
9. Visalia, Ca 93291

10.
11. Kathleen Bales-Lane
12. County Counsel
13. 11800 Ave 360 Room 102
14. Visalia, Ca 93291

15.
16. Nail Pilegaen
17. Government Plaza · Division Manager
18. 5961 S. Mooney Blvd        County Parks and Rec
19. Visalia, Ca 93277

20.
21. Jurisdiction                    18.41 Mail Fraud
22. Federal Question                1343 wire Fraud
23. Rico- Corrupt Organization      1512 Tampering with
24. 18 U.S.C.A. 1961                witness, Victim, Informant
25. 1962                           1513 Retaliation against
26.                                witness, witness, Victim, Informant

Amended                    (2)    Complaint

## Statement of Claim

Introduction

Mooney Grove Park is a 150-Acre Park in Visalia Ca. County of Tulare

   In 2014 I started a non-profit organization "The Real Mooney Grove Project" what was once the most used, "Crowned Jewel" Park in the County has now become mis-managed and run-down. I represent and lead the citizens who are disgusted and appalled that Tulare County has not only allowed to disentigrate, but is in fact being drained of its resources and used to obtain Grants both State and Federal, Donations, all of which go into a County "General Fund and is used for projects etc, "other than intended"

   Myself and the organizations members of Board of Directors have protested, complaints to County Supervisors, the media, the Grand Jury with no results

   Tulare County the largest employer with in the County it is difficult to get results when

literally every resource needed to
help is a County resource overseen
by influential County Employees
and local Gout officials

2016 We requested Public
Documents for all County Parks
What we found was not only
a shock, but complaints go unnoticed
and fall on deaf ears. We informed
the County of animal abuse, mis-
appropriation of money, etc. but
nothing has been accomplished.

June 2015 I was honored for
my work in the community and
leading a movement to restore
Mooney Grove Park by Visalia Chamber
of Commerce as a finalist for
"Woman of the Year". Tulare County,
stole a retired County "whistleblower"
and singled me out by the same attorney
as the Supervisors, Kathleen Bales-
Lane, in their scheme to continue
to further the organization with
a pattern of criminal activity
I have many County workers, either
retired or still working who some

(4)

Amended                              a Complaint

Bryant v Tulare County          Case No 1:2016-cv-0154

Statement of Claims

1 Tulare County- misappropriation of funds
2 Donations, State and Federal Grants
3 Tobacco settlement Revenue, Salary
4 Savings, "Amphitheater funds" used for
5 other than intended

6 Mooney Grove Park- asbestos lining
7 water pipes used for drinking
8 E-coli in water used to water
9 grass contaminating playgrounds,
10 Picnic facilities and in sprinklers
11 Bacteria in water and air- used
12 by public & animals, & employees
13 falsify documents on Regular basis
14 (Time sheets) ( Bobcat and Backhoe
15 certifications - only mechanics trained
16 by Manufacturer )

17
18 Phil Cox- Neil Pilegard reports to
19 Responsible for Grants Loans, Donations,
20 used on projects other than intended
21 Not truthful about costs to restore historical
22 features. Knows @ animal abuse, protected oak
23 trees being destroyed, but does nothing
24 Conspiracy

25 Dated Dec 29, 2016          Mary J Bryant
26

Amended          (5)          Complaint

1 Neil Pilagarn
2 Resource Management
(1)₃ Animal Abuse - in County Parks
4 bow and arrow, Malicious and Intent.
5 2014-16 - Participates and instructs
6 workers using County vehicles, Run
7 over, injure, maim, kill ducks/geese
8 4:00 AM - 8:00 AM
9 Commercial Propane Excellerant to
10 "blow up squirrels".
11 Uses Rat Poison in Gopher holes
12 and around protected oak trees
13 Josh Franklin - Operational Supervisor
14 brings dog on Park Properties to
15 injure, maim, kill geese/ducks
16 Approved by Neil Pilagarn
17 Traps Feral Cats and Kittens
18 Does not report to S.P.C.A. than
19 kills them
(2)₂₀ Chops healthy protected Oak Trees
21 No building permits or required
22 inspections.
23 Uses unlicensed electrical, plumbing
24 and construction - Also Baleh Park
   Asst. Cabin
25 Accepts personal payment for film
26 crews and protected Oak Tree violations
   2015 $1,500 from Land Rover
   Amended                (6)        complaint

Bryant v. Tulare Co   Case #1:16cv01542

Claim #2

conspiracy against informant

Defendants - tampering with informant witness

1

2  Kathleen Bales-Lane - Attorney for County

3  Supervisors. Attorney who had me jailed

4  for 3 days intentionally to miss hearing

5  for Robert Turner. Attorney Also when

6  Robert Turner was whistle-blower

7  against Tulare County

8

9  Visalia Police Dept - Assoc with

10  Officer approached me "I'm coming in to

11  work around. Two Times I replied "No

12  you're not. Robby sleeps during the day"

13  Its disruptive to him" Officer " You said

14  I could come in. Left in dark

15  Tulare Co. Public Guardian - snatched

16  Robby against his will. Falsely accused

17  me of elder abuse, Falsified documents,

18  Libel on reports. Slander to Judge

19  Melinda Reed. I have a witness who

20  will testify, who came to my home

21  times from Public Guardian. Betsy

22  Scruggs and Sgt Gary Williams

23  Visalia P.D. to verify my credentials

24  and reports of excellent care for my

Mother from 2008- 2014. Assoc with

25  Dated Dec 29, 2016                    Mary J. Bryant

26

AO 72
(Rev. 8/82)

Amended          (7)          complaint

Relief Requested

Restraining Order, and injunction: immediate
No: Animal abuse, use of Commercial
: Propane Accelerant
: County Supervisors- subpoena pictures
: submitted by Mike Gomez of animal
abuse by Neil Pilegard

Protected Oak Trees: No trimming, or chopping,
issuing, or killing. Must have approval by
City of Visalia prior to any action. Must
number and document all Valley oak trees
in all County Parks to be submitted to this
court. Must have reports by independant
tree servicing Company and City of Visalia

Rat poison- soil samples by independant
or state investigators, Federal Investigation
poison used in Gopher holes and around
trees. County and Neil Pilegard to be
fined, Prosecuted.

Misappropriation of Grants, Donations

An investigation and Audit - County to
supply list of all non-profit organizations
affiliated with. Investigation " Friends of
Tulare County" and Hritage House

Relief Requested con't Claim #1
Neil Pilegard to be prosecuted felony
animal abuse and subject to dismissal
replacement of his employment position

Film commissioner to be contacted for records
of payments to Neil Pilegard. $1,500 paid
directly to Pilegard 2015 by Landowner
for trimming tree

All buildings including Balch Park to be
investigated for permits, and unlicensed
plumbing, electrical, construction. Edison
refusing to source Panel Mooney Grove
Park.

Mooney Grove Park. water tested for
bacteria. and e.coli. Pipes to be inspected
for Asbestos. No destruction of any
building or historical feature without
count permission
County Workers. Chad, Anthony, Reuil, Ken,
Josh Franklin - prosecuted along with Neil
and participated Animal Abuse in county parks
$1,000,000 (1 million dollars) to the Real Mooney
Grove Project - exclusive to restore Mooney

Because of Wells Fargo my income
dropped. My home in Tulare is $2,000
monthly but Wells Fargo and Realtor
Sammy Johnston whom I also have
case against put illegal lockbox on
door and I have lost $3,000 a
month. Because Supervisor Phil Cox
has been voted out and now on
Visalia City Council I have Judges,
D.A.'s assistant D.A.'s and Visalia
Police Dept All harrassing me
I have Porterville D.A. charged
me with a felony due to my
estranged son Matthew. A Judge
Granted a restraining order with
no evidence and D.A. has a
Felony warrant for me. My process
server mailed an answer to
Restraining order which my son
said I mailed something different
Proof of Service is on file with the
court, and I have witnesses.
I had to move my court cases
out of Tulare County. Phil Cox
and County and law enforcement
is out to get me

Under penalty of perjury the tercereine is true to the best of my knowledge and if sworn in and asked to I could be a witness and testify at trial

Dated Dec 29, 2016

Mary J. Bevant
Mary J. Bevant

I have new evidence to be subpoened. Pictures of Neil P. Magaw shooting animals with bow/arrow turned over to Supervisors by Mike Gomez. I have records from Orange County, and Grand Jury complaints.          Thank you

Claim #2

Case No 1:2016-CV-01542

Sec 1901 Tampering of Informant
censor the against Informant

Robert Turner was a retired Tulare County
worker receiving a $1,500 pension. He was
head Groundskeeper for 15 years Mooney
Grove Park. He worked @ 15 years, at the
County Courthouse and Lake Patrol. His,
Mother, Jean Turner had been curator
of the museum under Parks Supervisor
Mark Harp.

Robby has a sister also named Mary
We both have brothers named William.
Sister Mary told the family Robby was
a complete "veg" totally incapacitated
could not have visitors, or any phone calls
It became suspicious when she refused
to reveal his where-abouts and she
was angry I was looking for him. I
found him 100% sound mind, Robby left
Redwood Springs, but not before he and I
had a meeting with Lena the social
worker Robby was being "used" for his
pension, $6,000 a month but no therapy
and barely any meds. His medical records
falsified so Nursing home received more
money from Health Care Perioral, and
ignored by his sister, with Lena the

Dec 29, 2016                    (1)                Mary J Bryant

Claim #2

AO 72
(Rev. 8/82)

1   the social worker having full knowledge of
2   the scheme to falsify his records by
3   Doctors. I brought Robby home to live
4   with me. Robby had been a major
5   whistleblower and testified before the
6   Grand Jury and trial of criminal
7   activities by the County. He was
8   also my witness before the Grand Jury
9   February 2015. Robby was convinced that
10  County would retaliate and send him
11  away separating us, So scared and
12  absolutely terrified we made a secret
13  pact if that should happen. What we going
14  to do, and say if we were separated and
15  he was sent away by Tulare County.
16         June 18, 2015, Kathleen-Bales Lang
17  County counsel had me arrested on false
18  "elder abuse" accusations. I told a
19  Visalia P.D. officer "No you are not coming
20  inside, Robby sleeps during the day"
21  He blocks the front door from closing
22  and says "You said I could come in"
23  I was jailed for 3 days intentional
24  to miss a hearing, No charges were
25  filed.

claim #2

Robby died while I was going thru
the court system to bring him home.
Tulare County took him from the only
person he trusted, the only family
member we each have was each
other. He was taken to Kaweah
delta then to Orange County. The
report from Orange County prepared
court blasts, Tulare County, for the
misconduct. Tulare County stealing
Robbis pension, chewing to him every
phone call, yet the home in Orange
County had to charge-off his facility
fees etc. Tulare County negligent to
every extent, including refusing to
pay for his meds; Tulare County was
Retaliating against an informant for
his pension, and against me for my
work against County and uncover-
ing the truth, and exposing County
and Phil Cox, and Neil Pilgard for
pattern of criminal Racketeering,
animal abuse, etc.

Relief Requested $1.5 million to fund
low-cost/no kill Animal clinic, Robert Turner
non-profit. $75,000 yearly 5 years. $1,000 million
to me, for damages, etc

Claim #3      (3)

Robert Turner was a retired Tulare County
worker receiving a $1,500 pension. He was
head Groundskeeper for 15 years Mooney
Grove Park. He worked @ 15 years at the
County Courthouse and Lake Patrol. His
Mother, Jeann Turner had been curator
of the museum under Parks Supervisor
Mark Harp.

    Robby has a sister also named Mary
We both have brothers named William.
Sister Mary told the family Robby was
a complete "veg" totally incapacitated
could not have visitors, or any phone calls
It became suspicious when she refused
to reveal his where-abouts and she
was angry I was looking for him. I
found him 100% sound mind. Robby left
Redwood Springs, but not before he and I
had a meeting with Lana the social
worker. Robby was being "used" for his
pension, $6,000 a month, but no therapy
and barely any meds. His medical records
falsified so Nursing home received more
money from Health Care Received, and
ignored by his sister, with Lana the

      Dec 29, 2016     (1)     Mary J. Beyad

Claim #2

the social worker having full knowledge of
the scheme to falsify his records by
Doctors. I brought Robby home to live
with me. Robby had been a major
whistleblower and testified before the
Grand Jury and trial of criminal
activities by the County. He was
also my witness before the Grand Jury
February 2015. Robby was convinced that
County would retaliate and send him
away, separating us. So scared and
absolutely terrified we made a secret
pact, if that should happen. What we going
to do, and say if we were separated and
he was sent away by Tulare County.
        June 18, 2015, Kathleen - Bales Lang
County counsel had me arrested on false
"elder abuse" accusations. I told a
Visalia P.D. officer "No, you are not coming
inside. Robby sleeps during the day"
He blocks the front door from closing
and says 'You said I could come in"
I was Jailed for 3 days intentional
to miss a hearing. No charges were
filed.

claim #2

Robby died while I was going thru
the court system to bring him home.
Tulare County took him from the only
person he trusted, the only family
member we each have was each
other. He was taken to Kaweah
Delta then to Orange County. The
report from Orange County probate
court blasts Tulare County for the
misconduct. Tulare County stealing
Robbi's pension, charging to him every
phone call, yet the home in Orange
County had to charge-off his facility
fees etc. Tulare County negligent to
every extent, including refusing to
pay for his meds; Tulare County was
Retaliating against an informant for
his pension, and against me for my
work against County and uncover-
ing the truth, and exposing County
and Phil Cox, and Neil Pilgaard for
pattern of criminal Racketeering,
animal abuse, etc.

Rolind Requested $1.5 million to fund
low-cost/no kill animal clinic, Robert Turner
non-profit. $75,000 yearly 5 years. $1,000 million
to me, for damages. etc.

Claim #3  (3)

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the

United States of America )
v. )
Tulare County )  Case No. 1: 2016-cv 01542
Phil Cox )  Racketeering - Corrupt
Nail Pilegard )  Organization
)

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of _December 2015_ in the county of _Tulare_ in the
_Eastern_ District of _California_, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 500, Calif. Penal Code 596, 597, 599, 599(A) - Animal Abuse, I Malicious and Intent | Warrant by Magistrate I Believe violations of law affecting animals and abuse is being, and ongoing, |

This criminal complaint is based on these facts: December 2015, County worker Intentionally and Maliciously runs over geese killing Ox brought on grounds killing goose in front of small child, Tulare County Racaiiles complaints for 5 years, 6 and July complaints, and to Supervisor Phil Cox. All with no results complaints and dismiss accounts to County S.P.C.M - Np results. Methods in Valley Voice News Paper - Ratiance Dec 29, 2016

☐ Continued on the attached sheet.

_Mavey J. Bruant_
Complainant's signature

_Mavey J. Bruant_
_Plain title_
Printed name and title

Sworn to before me and signed in my presence.

Date: _____

_____
Judge's signature

City and state: _____

_____
Printed name and title

1  Calif Penal Code Part 1 Title 14 Crimes and
2  Punshments
3  597, 599c Malicious Intant
4  Tulare County Code 205-1215 - Unlawful to discharge
5  bow and arrow
6  Tulare County Code 2-65-1260 unlawful to hunt
7  kill, wound, insure, tease, or molest animals
8  2-05-1240 Unlawful to bring or permit any
9  domestic animal without leash
10  Federal Animal Welfare Act
11  Federal Insecticide, Fungicine, elodenticine Act
12  Calif Dept Food and Game Agriculture,
13  Soil Conservation Act, Calif Animal Abuse laws
14  Neil Pilegaard - Division Manager County Parks
15  and Recreation - 2014 to Present - Instructs
(1)16  County Workers to run over Geese and ducks
17  between 6:00AM - 8:00AM
(2)18  Kills Geese and ducks w/ Bow and Arrow
(3)19  Brings dogs to insure, kill, maim
(4)20  Uses commercial Propane Excellerant to
21  "blow-up" squirrels
(5)22  Uses Rat Poison in Gopher holes
(6)23  Traps and kills feral cats and kittens
24  w/out reporting to SPCA
25  Participating - Amy King
26
         (2)

AO 72
(Rev. 8/82)  Criminal Complaint          Animal Abuse

City of Ursalia Valley Oak Tree Ordinance
(Section 12.24.140)

unlawful for any person to willfully des-
troy, mutilate, poison, or attempt to
kill a Valley oak Tree within Ursalia
corporated city limits. ( has Jurisdiction
over County Oak Trees as well)
Violations shall be deemed guilty
of a misdemeanor. A fine not more
than ($1,000) one thousand dollars.
Imprisonment not more than 6 months
or by both such fine and imprison-
ment (section 12.24.260(D))

Mooney Grove Park - 1969 Mooney Land
Purchase. Contract, deed, contract "legal-
ize" said conveyance subject to
following conditions and limitations
to wit "said land forever, known and
designated, none of the oak Trees cut
down or removed, excepting unhealthy
condition, park improvements. ok to
construct and operate railroads
over said land. Right of way for
Rail road purposes. Failure to comply
shall revert (Mooney family) heirs
and assigns forever"

Criminal Complaint  (3)

AO 72
(Rev. 8/82)

1  This criminal complaint is based on these
2  facts: County Employees, eyewitnesses,
3  Public documents, Photo's. Complaints
4  to County Supervisors, Phil Cox, Grand
5  Jury with no results.
6  Grand Jury report from 2009, we
7  discovered after requesting Public
8  Documents spoke harshly in their
9  report. University of California team
10 Investigating Oak Trees recommended
11 oak Trees were not properly cared
12 for. were not being watered adequately.
13 The Grand Jury made recommend-
14 tions to County Supervisors. No
15 results. Supervisors Tulane County.
16     Inspection, public documents, wood
17 sold, for firewood, healthy trees cut
18 down. Neil Pilegard and workers
19 use Commercial Propane Accelerator,
20 and Rat poison in gopher holes and
21 close to Valley Oak Trees. Lagoon
22 water contaminated with E-Coli
23 and sprayed thru sprinklers on play-
24 ground equipment, picnic tables etc.
25
26

criminal complaint (4)